UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DENNIS J. MORIARTY,**<br><br>                         Plaintiff,<br>  -vs-<br><br>**ERIN SERVICES CO., LLC and**<br>**NIAGARA CREDIT SOLUTIONS, INC.,**<br><br>                         Defendants. | *Civil Action No. 10-CV-6620* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dennis J. Moriarty hereby voluntarily dismisses the present action against Defendants Erin Services Co., LLC and Niagara Credit Solutions, Inc., with prejudice, and every party to bear its own costs.

Date: April 4, 2011

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham Law, P.C.
*Attorneys for the Plaintiff*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com
716.200.1520